## A01A2386. CITY OF WINDER v. McDOUGALD et al.
### (599 SE2d 319)

MILLER, Judge.

In *City of Winder v. McDougald*, 276 Ga. 866 (583 SE2d 879) (2003), the Supreme Court of Georgia reversed the judgment of this Court in *City of Winder v. McDougald*, 254 Ga. App. 537 (562 SE2d 826) (2002). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Andrews, P. J., Johnson, P. J., Ruffin, P. J., Eldridge, Ellington and Phipps, JJ., concur.*

### DECIDED MAY 11, 2004.

*Carothers & Mitchell, Richard A. Carothers, William M. Coolidge III*, for appellant.

*William S. Hardman*, for appellees.